UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Q-MED AB,

                Plaintiff,

-v-

HA NORTH AMERICAN SALES AB, *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2012

No. 12 Civ. 8071 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of Defendants' application, dated November 9, 2012, for an order requiring Plaintiff to show cause why the Court should not order limited discovery related to Plaintiff's application for a preliminary injunction. Although Defendants argue that the Court must engage in a factually intensive inquiry to assess the merits of Plaintiff's application for a preliminary injunction, it is not clear why discovery is necessary in this instance, and, in any event, Defendants' discovery request is considerably overbroad. To the extent that parties want to attach exhibits in support of their filings, they may do so through the traditional means of submitting declarations with affidavits. Accordingly, Defendants' application is HEREBY DENIED, as is their request to modify the briefing schedule to permit limited discovery.

SO ORDERED.

Dated:      November 9, 2012
               New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE