# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL     (1946-1956)
SIMON H. RIFKIND     (1950-1995)
LOUIS S. WEISS       (1927-1950)
JOHN F. WHARTON      (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3089

WRITER'S DIRECT FACSIMILE

(212) 492-0089

WRITER'S DIRECT E-MAIL ADDRESS

twells@paulweiss.com

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
ALLAN J. ARFFA
ROBERT A. ATKINS
DAVID J. BALL
JOHN F. BAUGHMAN
LYNN B. BAYARD
DANIEL J. BELLER
CRAIG A. BENSON
MITCHELL L. BERG
MARK S. BERGMAN
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
JAMES L. BROCHIN
RICHARD J. BRONSTEIN
DAVID W. BROWN
SUSANNA M. BUERGEL
PATRICK S. CAMPBELL*
JESSICA S. CAREY
JEANETTE K. CHAN
YVONNE Y. F. CHAN
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
CHARLES E. DAVIDOW
DOUGLAS R. DAVIS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
LESLIE GORDON FAGEN
MARC FALCONE
ANDREW C. FINCH
BRAD J. FINKELSTEIN
ROBERTO FINZI
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
HARRIS B. FREIDUS
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
PAUL D. GINSBERG
ADAM M. GIVERTZ
ROBERT D. GOLDBAUM
NEIL GOLDMAN
ERIC S. GOLDSTEIN
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
GAINES GWATHMEY, III
ALAN S. HALPERIN
JUSTIN G. HAMILL
CLAUDIA HAMMERMAN
GERARD E. HARPER
BRIAN S. HERMANN
ROBERT M. HIRSH
MICHELE HIRSHMAN
JOYCE S. HUANG
DAVID S. HUNTINGTON
MEREDITH J. KANE

ROBERTA A. KAPLAN
BRAD S. KARP
JOHN C. KENNEDY
ALAN W. KORNBERG
DANIEL J. KRAMER
DAVID K. LAKHDHIR
STEPHEN P. LAMB*
JOHN E. LANGE
DANIEL J. LEFFELL
XIAOYU GREG LIU
JEFFREY D. MARELL
MARCO V. MASOTTI
EDWIN S. MAYNARD
DAVID W. MAYO
ELIZABETH R. MCCOLM
MARK F. MENDELSOHN
TOBY S. MYERSON
JOHN E. NATHAN
CATHERINE NYARADY
JOHN J. O'NEIL
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
MARC E. PERLMUTTER
MARK F. POMERANTZ
VALERIE E. RADWANER
CARL L. REISNER
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JAMES H. SCHWAB
JOHN M. SCOTT
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
MARILYN SOBEL
AUDRA J. SOLOWAY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F. TARNOFSKY
MONICA K. THURMOND
DANIEL J. TOAL
LIZA M. VELAZQUEZ
MARIA T. VULLO
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
BETH A. WILKINSON
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
JULIA T.M. WOOD
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

**MEMO ENDORSED**

November 12, 2012

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2012

<u>By E-Mail and ECF</u>

Hon. Richard J. Sullivan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Q-Med AB v. HA North American Sales AB, Medicis Aesthetics Holdings Inc., and Medicis Pharmaceutical Corp.*, No. 12-8071

Dear Judge Sullivan:

      We represent Defendants HA North American Sales AB, Medicis Aesthetics Holdings Inc., and Medicis Pharmaceutical Corp. in the above-captioned matter filed November 7, in which Plaintiff Q-Med AB seeks to preliminarily enjoin a merger between Defendant Medicis Pharmaceutical Corp. and a third party. I write pursuant to 1(D) of the Court's Individual Practices to request, with Plaintiff's consent, leave to file opposition papers in excess of the Court's usual limits and to request an adjournment of the oral argument currently scheduled for December 3 to another suitable date because of an unmovable personal commitment that I describe below.

      Defendants respectfully request permission to file an opposition memorandum of law, supporting declarations, and exhibits that moderately extend the limits set forth in the Court's Individual Practices due to the range of issues presented by Plaintiff's motion for a preliminary injunction. (Individual Practices 2(B); 2(H).) Such

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Richard J. Sullivan                                                                 2

issues include analysis of the differences among the pharmaceutical products that are alleged by Plaintiff to be directly competitive with the products that it licenses to Defendants; the financial condition of Valeant and whether it provides a basis for Plaintiff to withhold consent under the Agreements that govern the commercial relations between the parties; the parties' discussions concerning each of these matters; and the harm that will be suffered by Defendants in the event a preliminary injunction is entered. Specifically:

- Defendants request leave to file a memorandum of law no longer than 35 pages. Plaintiff does not oppose this request, provided that Plaintiff be given leave to file a reply not to exceed 15 pages (a request to which Defendants do not object).

- Instead of five declarations of no more than ten pages each, as permitted by the Court's Individual Practices, Defendants request leave to file up to 6 declarations, although those six declarations will not total more than the 50 declaration pages permitted under the Court's Individual Practices. Plaintiff does not oppose this request.

- Defendants request leave to file up to 25, rather than 15, exhibits in support of their opposition. We note that Plaintiff has attached a total of 33 exhibits to its 3 support declarations. Plaintiff does not oppose this request.

Additionally, I respectfully request that the Court adjourn the oral argument currently scheduled for December 3. (Nov. 8 Order, at 1.) Unfortunately, I am unavailable on that date. I was recently elected a member of the Harvard Corporation, the senior governing body of Harvard University. My initial in-person meeting, which I have committed to attend, is scheduled for December 3. Although I am mindful of Plaintiff's view that this matter is exigent, as we have informed Plaintiff, the parties to the merger will not close the transaction earlier than December 10, the first business day after the December 7 shareholder vote. Based on this representation, Plaintiff has graciously consented to my request to move the hearing. All parties are available for a hearing on November 27 or November 28, if the Court wishes to move up the date. (I cannot be present on either November 29 or November 30, as I will be out of the country for my daughter's wedding.) If the Court cannot accommodate those dates, all parties are available on December 5 or December 6. There have been no prior requests for adjournment of the hearing.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Richard J. Sullivan                                                              3

I am available at the Court's convenience to discuss any of the foregoing.

Respectfully submitted,

*Theodore V. Wells Jr./JJ*

Theodore V. Wells, Jr.

cc:   Jyotin Hamid, Esq.
      Jeremy N. Klatell, Esq.

> The oral argument scheduled for December 3, 2012 is
> adjourned until Wednesday, December 5, 2012 at 5:00
> p.m.  The parties' request to extend the lengths of
> their submissions and to increase the number of their
> exhibits and declarations is HEREBY GRANTED.

SO ORDERED
Dated: 11/13/12
RICHARD J. SULLIVAN
U.S.D.J.