PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3163
WRITER'S DIRECT FACSIMILE
(212) 492-0163
WRITER'S DIRECT E-MAIL ADDRESS
jaycohen@paulweiss.com

MATTHEW W. ABBOTT
ALLAN J. ARFFA
ROBERT A. ATKINS
DAVID J. BALL
JOHN F. BAUGHMAN
LYNN B. BAYARD
DANIEL J. BELLER
CRAIG A. BENSON
MITCHELL L. BERG
MARK S. BERGMAN
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
JAMES L. BROCHIN
RICHARD J. BRONSTEIN
DAVID W. BROWN
SUSANNA M. BUERGEL
PATRICK S. CAMPBELL*
JESSICA S. CAREY
JEANETTE K. CHAN
YVONNE Y. F. CHAN
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
CHARLES E. DAVIDOW
DOUGLAS R. DAVIS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
LESLIE GORDON FAGEN
MARC FALCONE
ANDREW C. FINCH
BRAD J. FINKELSTEIN
ROBERTO FINZI
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
HARRIS B. FREIDUS
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
PAUL D. GINSBERG
ADAM M. GIVERTZ
ROBERT D. GOLDBAUM
NEIL GOLDMAN
ERIC S. GOLDSTEIN
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
GAINES GWATHMEY, III
ALAN S. HALPERIN
JUSTIN G. HAMILL
CLAUDIA HAMMERMAN
GERARD E. HARPER
BRIAN S. HERMANN
ROBERT M. HIRSH
MICHELE HIRSHMAN
JOYCE S. HUANG
DAVID S. HUNTINGTON
MEREDITH J. KANE

ROBERTA A. KAPLAN
BRAD S. KARP
JOHN C. KENNEDY
ALAN W. KORNBERG
DANIEL J. KRAMER
DAVID K. LAKHDHIR
STEPHEN P. LAMB*
JOHN E. LANGE
DANIEL J. LEFFELL
XIAOYU GREG LIU
JEFFREY D. MARELL
MARCO V. MASOTTI
EDWIN S. MAYNARD
DAVID W. MAYO
ELIZABETH R. McCOLM
MARK F. MENDELSOHN
TOBY S. MYERSON
JOHN E. NATHAN
CATHERINE NYARADY
JOHN J. O'NEIL
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
MARC E. PERLMUTTER
MARK F. POMERANTZ
VALERIE E. RADWANER
CARL L. REISNER
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JAMES H. SCHWAB
JOHN M. SCOTT
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
MARILYN SOBEL
AUDRA J. SOLOWAY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F. TARNOFSKY
MONICA K. THURMOND
DANIEL J. TOAL
LIZA M. VELAZQUEZ
MARIA T. VULLO
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
BETH A. WILKINSON
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
JULIA T.M. WOOD
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

# MEMO ENDORSED

November 14, 2012

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2012
```

By E-Mail

Hon. Richard J. Sullivan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Q-Med AB v. HA North American Sales AB, Medicis Aesthetics Holdings Inc., and Medicis Pharmaceutical Corp.*, No. 12-8071

Dear Judge Sullivan:

      We represent Defendants HA North American Sales AB, Medicis Aesthetics Holdings Inc., and Medicis Pharmaceutical Corp. (together, "Medicis") in the above-captioned matter. We write to request permission to file under seal additional pages from an excerpted document currently filed under seal as Exhibit E to the Declaration of Per Langö, as well as to file under seal a second document that Plaintiff has requested we file under seal, and that is confidential pursuant to the contracts between the parties.

      As the Court is aware, plaintiff, Q-Med AB ("Q-Med") publicly filed, as Exhibit E to its moving papers, excerpts from Medicis's 2013 "Brand Plan" for the Restylane family of products. (*See* Decl. of Per Langö, Ex. E, Nov. 2, 2012.) That exhibit has now been sealed. In connection with our opposition to Q-Med's motion, we intend to file as an exhibit to one of our declarations in opposition to Plaintiff's Motion

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

for a Preliminary Injunction additional pages of the Brand Plan. The document contains, among other things, non-public sales figures and confidential marketing strategy for Restylane. Defendants would suffer competitive harm if such information were to be accessed by its competitors from the public record.

The Brand Plan is being submitted in connection with a motion for a preliminary injunction. As far as we are aware, the Second Circuit has not articulated whether such a document is a "judicial document" of which the public may claim an interest under the Second Circuit's requirements in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006). But assuming it is, "the privacy interests of" Defendant as to this type of commercially sensitive information nevertheless outweigh any legitimate public interest and it is thus properly sealed. *Id.* The sensitive nature of this document is evident from the fact that, prior to the Court's sealing of Exhibit E, an analyst immediately contacted the company to discuss the document, which he had assumed to be confidential (and he was told that it was). Medicis requests permission to file the remainder of the document under seal to prevent additional injury to its privacy interest in this material. *Standard Inv. Chartered Inc., v. Financial Industry Regulatory Auth., Ind.*, 347 Fed. Appx. 615, 617 (affirming order sealing financial data because "an outsider. . . could, upon viewing the facts and figures. . . use that information to deduce [movant's]. . . tactics" and thus "[d]isclosure could cause. . . significant competitive disadvantage"). We believe the sealing of this exhibit is "narrowly tailored" to serve that interest. *Lugosch*, 435 F.3d at 120.

The second document that we seek permission to file under seal is an excerpt from an April 2012 competitive analysis of Restylane in various countries in the world where Plaintiff markets and sells the product. Pursuant to contracts between the parties, Defendants have notified Plaintiff of their intent to use this apparently non-public material, and Plaintiff has asked that it be filed under seal. Plaintiff believes that the document should be filed under seal because it reflects the results of a confidential brand assessment study for hyaluronic acid products outside the United States and contains sensitive information of competitive value

We thus respectfully ask that the Court grant Defendants leave to file under seal these two documents, which will be appended to a declaration that we will file this evening in support of Medicis's opposition to Q-Med's motion for a preliminary injunction. We are, of course, available to discuss the foregoing at the Court's request.

Respectfully submitted,

Jay Cohen

cc: Jyotin Hamid, Esq.
Jeremy N. Klatell, Esq.

SO ORDERED
Dated: 11/14/12
RICHARD J. SULLIVAN
U.S.D.J.