## PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3163

WRITER'S DIRECT FACSIMILE
(212) 492-0163

WRITER'S DIRECT E-MAIL ADDRESS
jaycohen@paulweiss.com

[USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 11/27/2012]

[Partners list: MATTHEW W. ABBOTT, ALLAN J. ARFFA, ROBERT A. ATKINS, DAVID J. BALL, JOHN F. BAUGHMAN, LYNN B. BAYARD, DANIEL J. BELLER, CRAIG A. BENSON*, MITCHELL L. BERG, MARK S. BERGMAN, BRUCE BIRENBOIM, H. CHRISTOPHER BOEHNING, ANGELO BONVINO, JAMES L. BROCHIN, RICHARD J. BRONSTEIN, DAVID W. BROWN, SUSANNA M. BUERGEL, PATRICK S. CAMPBELL*, JESSICA S. CAREY, JEANETTE K. CHAN, YVONNE Y. F. CHAN, LEWIS R. CLAYTON, JAY COHEN, KELLEY A. CORNISH, CHRISTOPHER J. CUMMINGS, CHARLES E. DAVIDOW, DOUGLAS R. DAVIS, THOMAS V. DE LA BASTIDE III, ARIEL J. DECKELBAUM, JAMES M. DUBIN, ALICE BELISLE EATON, ANDREW J. EHRLICH, GREGORY A. EZRING, LESLIE GORDON FAGEN, MARC FALCONE, ANDREW C. FINCH, BRAD J. FINKELSTEIN, ROBERTO FINZI, PETER E. FISCH, ROBERT C. FLEDER, MARTIN FLUMENBAUM, ANDREW J. FOLEY, HARRIS B. FREIDUS, MANUEL S. FREY, KENNETH A. GALLO, MICHAEL E. GERTZMAN, PAUL D. GINSBERG, ADAM M. GIVERTZ, ROBERT D. GOLDBAUM, NEIL GOLDMAN, ERIC S. GOLDSTEIN, ERIC GOODISON, CHARLES H. GOOGE, JR., ANDREW G. GORDON, UDI GROFMAN, NICHOLAS GROOMBRIDGE, BRUCE A. GUTENPLAN, GAINES GWATHMEY, III, ALAN S. HALPERIN, JUSTIN G. HAMILL, CLAUDIA HAMMERMAN, GERARD E. HARPER, BRIAN S. HERMANN, ROBERT M. HIRSH, MICHELE HIRSHMAN, JOYCE S. HUANG, DAVID S. HUNTINGTON, MEREDITH J. KANE, ROBERTA A. KAPLAN, BRAD S. KARP, JOHN C. KENNEDY, ALAN W. KORNBERG, DANIEL J. KRAMER, DAVID K. LAKHDHIR, STEPHEN P. LAMB*, JOHN E. LANGE, DANIEL J. LEFFELL, XIAOYU GREG LIU, JEFFREY D. MARELL, MARCO V. MASOTTI, EDWIN S. MAYNARD, DAVID W. MAYO, ELIZABETH R. McCOLM, MARK F. MENDELSOHN, TOBY S. MYERSON, JOHN E. NATHAN, CATHERINE NYARADY, JOHN J. O'NEIL, ALEX YOUNG K. OH, BRAD R. OKUN, KELLEY D. PARKER, MARC E. PERLMUTTER, MARK F. POMERANTZ, VALERIE E. RADWANER, CARL L. REISNER, WALTER G. RICCIARDI, WALTER RIEMAN, RICHARD A. ROSEN, ANDREW N. ROSENBERG, JACQUELINE P. RUBIN, RAPHAEL M. RUSSO, JEFFREY D. SAFERSTEIN, JEFFREY B. SAMUELS, DALE M. SARRO, TERRY E. SCHIMEK, KENNETH M. SCHNEIDER, ROBERT B. SCHUMER, JAMES H. SCHWAB, JOHN M. SCOTT, STEPHEN J. SHIMSHAK, DAVID R. SICULAR, MOSES SILVERMAN, STEVEN SIMKIN, JOSEPH J. SIMONS, MARILYN SOBEL, AUDRA J. SOLOWAY, TARUN M. STEWART, ERIC ALAN STONE, AIDAN SYNNOTT, ROBYN F. TARNOFSKY, MONICA K. THURMOND, DANIEL J. TOAL, LIZA M. VELAZQUEZ, MARIA T. VULLO, LAWRENCE G. WEE, THEODORE V. WELLS, JR., BETH A. WILKINSON, STEVEN J. WILLIAMS, LAWRENCE I. WITDORCHIC, MARK B. WLAZLO, JULIA T.M. WOOD, JORDAN E. YARETT, KAYE N. YOSHINO, TONG YU, TRACEY A. ZACCONE, T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR]

November 26, 2012

**MEMO ENDORSED**

<u>By E-Mail</u>

Hon. Richard J. Sullivan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Q-Med AB v. HA North American Sales AB, Medicis Aesthetics Holdings Inc., and Medicis Pharmaceutical Corp.*, No. 12-8071

Dear Judge Sullivan:

  We represent Defendants HA North American Sales AB, Medicis Aesthetics Holdings Inc., and Medicis Pharmaceutical Corp. in the above-captioned matter. We write to request an adjournment of the deadline for Defendants to answer or otherwise respond to Plaintiff's complaint from November 28 until 10 days after entry of the Court's order on Plaintiff's motion for a preliminary injunction. We have made no prior requests to adjourn this date and Plaintiff does not oppose the adjournment.

Respectfully submitted,

Jay Cohen

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Richard J. Sullivan                                                                           2

cc:   Jyotin Hamid, Esq.
      Jeremy N. Klatell, Esq.

SO ORDERED
Dated: 11/26/12

RICHARD J. SULLIVAN
U.S.D.J.