UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Q-MED AB,

                Plaintiff,

-v-

HA NORTH AMERICAN SALES AB, *et al.*,

                Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2012
```

No. 12 Civ. 8071 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter (attached) from Plaintiff, dated December 5, 2012, informing it that Plaintiff and Valeant Pharmaceuticals International, Inc., Defendants' prospective acquirer, expect to enter into definitive agreements to settle this action and requesting that the oral argument scheduled for 5:00 p.m. today be cancelled. Although the Court has spent considerable time preparing for that argument and was prepared to rule today, Plaintiff's request for an adjournment is HEREBY GRANTED, and the oral argument is adjourned *sine die*.

    Because the parties are prepared to resolve this action via settlement, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the undersigned's calendar. Upon receipt of such a letter, this action will be restored.

SO ORDERED.

DATED:    December 5, 2012
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

December 5, 2012

**BY EMAIL DELIVERY**

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

*Q-Med AB v. HA North American Sales AB, et al.*
No. 12 Civ. 8071 (RJS)

Dear Judge Sullivan:

    We represent Q-Med AB ("Q-Med"). As discussed with Your Honor's Chambers earlier today, we are pleased to report that Q-Med, its parent company Galderma, and the prospective acquirer of Medicis, Valeant Pharmaceuticals International, Inc., expect shortly to enter into definitive agreements that would resolve this lawsuit. Medicis itself is not a party to such agreements. Q-Med expects to dismiss the lawsuit voluntarily following execution of such definitive agreements.

    In light of the foregoing, we respectfully request that the hearing on Q-Med's pending motion for a preliminary injunction, currently scheduled for this afternoon at 5:00 pm, be adjourned and that the Court refrain from ruling upon Q-Med's motion. Defendants do not oppose the relief requested.

Respectfully submitted,

/s/

Jyotin Hamid

cc: Jay Cohen, Esq.
    Theodore V. Wells, Esq.
    Andrew J. Ehrlich, Esq.